IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN EDWARD NESBITT,

    Plaintiff,                              CIV-S-07-2146 LKK GGH PS

    vs.

GERALDINE AGONCILLO NESBITT,
MIRIAM AGONCILLO BRAVO,

    Defendant.                          ORDER
_____/

        On December 11, 2007, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days.  No objections were filed.

         Accordingly, the court presumes any findings of fact are correct.  See Orland v. United States, 602 F.2d 207, 208 (9th Cir. 1999).  The magistrate judge's conclusions of law are reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

        The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Findings and Recommendations in full.

\\\\\

\\\\\

1

1  Accordingly, IT IS ORDERED that:

2  1.  The Findings and Recommendations filed December 11, 2007, are

3  ADOPTED; and

4  2.  The complaint is dismissed with prejudice.  28 U.S.C. § 1915(e)(2); Fed. R.

5  Civ. P. 12(b)(1) and (6), and 41(b).

6  DATED:   January 28, 2008.

```
                    /s/ Lawrence K. Karlton
                    _____
                    LAWRENCE K. KARLTON
                    SENIOR JUDGE
                    UNITED STATES DISTRICT COURT
```